IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:08CR252 |
| v. ) | |
| ) | |
| (1) CARLA LOWRY, ) | |
| (4) EDWARD MCCRAY, ) | |
| (5) DARYL FLOYD, ) | |
| (7) STEPHEN HALEY, ) | |
| (8) ROBERT ABBOTT, ) | |
| (10) RICHARD ALBINO. ) | |
| _____) | |

**<u>ORDER AMENDING RESTITUTION</u>**

This matter is before the Court on the Government's Motion to Amend Restitution. Having reviewed the bases for amendment set forth in the Motion, the Court finds that amendment of restitution is necessary to ensure final determination of losses as set forth in 18 U.S.C. § 3664(d)(5) and amendment is necessary because there is good cause for the failure to include all victim losses in the initial claim for restitutionary relief.

IT IS THEREFORE ORDERED that the restitution judgments in this case against defendants Carla Lowry, Edward McCray, Daryl Floyd, Stephen Haley, Robert Abbott, and Richard Albino shall be amended to omit Key Bank, to reduce the Centrix loss amount, and to include all victims.

Thus, the restitution judgments are amended to reflect restitution to victims as follows:

| NAME OF PAYEE | AMOUNT OF RESTITUTION ORDERED |
|---|---|
| Triad Financial | $262,638.20 |
| Capital One | $292,812.37 |
| Centrix Financial | $97,696.34 |
| Ford Financial | $15,317.36 |
| Regional Acceptance | $6,629.79 |
| National Auto Finance | $19,845.29 |
| Americredit | $276,828.96 |

IT IS SO ORDERED.

Signed: November 11, 2010

Frank D. Whitney
United States District Judge

2